FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   05 OCT 19 AM 7:04
WESTERN DIVISION AT MEMPHIS

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GLORIA GARRETT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN INTERNATIONAL GROUP, INC.; ) | |
| AMERICAN GENERAL CORPORATION; ) | |
| AMERICAN GENERAL FINANCE, INC.; ) | Civil Action No. 05-2639 D P |
| AMERICAN GENERAL FINANCIAL SERVICES, INC.; ) | |
| MERIT LIFE INSURANCE COMPANY; ) | |
| J.B. LEWIS; GWEN JONES; ) | |
| and Fictitious Defendants "A", "B", ) | |
| and "C", whether singular or plural, those other persons, ) | |
| corporations, firms, or other entities whose wrongful ) | |
| conduct caused the injuries and damages to the Plaintiff, ) | |
| all of whose true and correct names are unknown to ) | |
| Plaintiffs at this time, but will be substituted ) | |
| by amendment when ascertained, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING
## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE LIMITED REMAND-RELATED DISCOVERY AND TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

It appearing to the Court that Defendants' Motion for an Extension of Time to Conduct Remand-Related Discovery is well taken and should be granted, it is hereby:

ORDERED that Defendants are permitted to complete remand-related discovery including a deposition of Plaintiff prior to responding to the pending Motion to Remand and shall have until January 23, 2006, to respond to Plaintiff's Motion to Remand.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a), FRCP on _10/19/05_

It is so ORDERED this ___19th___ day of October, 2005.

*[signature]*

MEMPHIS 174809v1

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02639 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

T. Louis Coppedge
MAYNARD COOPER & GALE
1901 Sixth Ave., N.
Ste. 2400
Birmingham, AL 35203--260

Honorable Bernice Donald
US DISTRICT COURT